UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE ANTHONY MORMAN,

Plaintiff,

v.

MICHAEL DYER, et al.,

Defendants.

Case No. 16-cv-01523-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 12

Defendants have filed a request for an extension of the deadline to file their motion for summary judgment or other dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Jane Mackie, the court GRANTS the request. (Docket No. 12.) The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **August 18, 2017**. Plaintiff must file and serve on defense counsel his opposition to the motion no later than **September 15, 2017**. Defendants must file and serve their reply brief (if any) no later than **September 29, 2017.**

Defendants Lee, Lavelle, Dyer and Heller have appeared in this action. Three defendants (i.e., Evans, Kilmer and Taylor) have not yet appeared in this action. No later than **July 21, 2017,** defense counsel shall inform the court whether she will be representing defendants Evans, Kilmer and/or Taylor.

**IT IS SO ORDERED**.

Dated: June 14, 2017

SUSAN ILLSTON
United States District Judge