UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ANTHONY MORMAN,<br>　　　　Plaintiff,<br>　v.<br>MICHAEL DYER, et al.,<br>　　　　Defendants. | Case No. 16-cv-01523-SI<br><br>**ORDER FURTHER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 15 |

Defendants have filed a request for a further extension of the deadline to file their motion for summary judgment or other dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Jane Mackie, the court GRANTS the request. (Docket No. 15.) The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **October 20, 2017**. Plaintiff must file and serve on defense counsel his opposition to the motion no later than **November 17, 2017**. Defendants must file and serve their reply brief (if any) no later than **December 1, 2017.**

**IT IS SO ORDERED**.

Dated: August 16, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge