UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE ANTHONY MORMAN,

Plaintiff,

v.

MICHAEL DYER, et al.,

Defendants.

Case No. 16-cv-01523-SI (RMI)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 20, 2018 at San Quentin State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X ) Plaintiff, Wade Anthony Morman, Pro Se.

( ) Warden or warden's representative

( X ) Office of the California Attorney General, Trace O. Maiorino.

( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

(3) The outcome of the proceeding was:

( X ) The case has been completely settled.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ANTHONY MORMAN,<br>        Plaintiff,<br>    v.<br>MICHAEL DYER, et al.,<br>        Defendants. | Case No. 16-cv-01523-SI (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wade Anthony Morman ID: H-36783
San Quentin State Prison
1 Main Street
San Quentin, CA 94974

Dated: August 20, 2018

                                  Susan Y. Soong
                                  Clerk, United States District Court

                                  By:_/s/ Gloria Knudson_____
                                  Gloria Knudson, Deputy Clerk to the
                                  Honorable ROBERT M. ILLMAN