1  XAVIER BECERRA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  TRACE O. MAIORINO
   Deputy Attorney General
4  State Bar No. 179749
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3594
6    Fax:  (415) 703-5843
     E-mail:  Trace.Maiorino@doj.ca.gov
7  *Attorneys for Defendants Lee and Heller*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **WADE ANTHONY MORMAN,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**MICHAEL DYER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 16-cv-01523 SI (PR)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Date:　　　　August 20, 2018<br>Time:　　　　9:00 a.m.<br>Courtroom:　　n/a<br>Judge:　　　　Hon. Magistrate Judge Illman<br>Trial Date:　　n/a<br>Action Filed:　March 28, 2016 |

　　　Plaintiff Wade Anthony Morman and Defendants Lee and Heller have resolved this case in its entirety and stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This stipulation includes a dismissal of any claims against any served or unserved defendant in this action.  Each side shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal Prejudice (16-cv-01523 SI (PR))

The filing of this stipulation automatically terminates this action.

IT IS SO STIPULATED.

Dated: August 20, 2018  By: ___*signature*___
Plaintiff Wade Anthony Morman

Dated: August 20, 2018  By: ___*signature*___
Trace O. Maiorino
Deputy Attorney General
*Attorneys for Defendants Lee and Heller*

SF2017401434
42033111.docx

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stip. Voluntary Dismissal Prejudice (16-cv-01523 SI (PR))

# CERTIFICATE OF SERVICE

Case Name:  **Morman v. Dyer, et al.**     No.  **16-cv-01523 SI (PR)**

I hereby certify that on August 20, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 20, 2018, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Wade Anthony Morman (H-36783)
California State Prison - San Quentin
1 Main Street
San Quentin, CA 94964
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2018, at San Francisco, California.

| M. Luna | */s/ M. Luna* |
|---|---|
| Declarant | Signature |

SF2017401434
42034269.docx